**Carolyn BETTON; Cytoys Durham; Colette Howard; Jurlean Johnson; Charlene King, Plaintiffs,**

**Eric T. Tolen, Appellant,**

v.

**ST. LOUIS COUNTY, MISSOURI, Appellee.**

No. 10–2738.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 21, 2010.

Filed: Dec. 30, 2010.

Eric T. Tolen, Jefferson City, MO, pro se.

Michael A. Shuman, Robert H. Grant, County Counselor's Office, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Eric Tolen appeals the district court's[1] denial of his request for attorney fees in the matter of *Betton v. St. Louis County*, No. 4:05–cv–01455. We conclude that the district court did not abuse its discretion in denying Tolen's request. *See Peter v. Jax*, 187 F.3d 829, 833 (8th Cir.1999) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.